DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAIRO ZAPIEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-00162 FCD |
| Plaintiff, | ) |
| | ) DEFENDANT JAIRO ZAPIEN'S REQUEST |
| v. | ) FOR EXPANDED APPOINTMENT ORDER; |
| | ) **ORDER** |
| JAIRO ZAPIEN, | ) |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

Pursuant to 18 U.S.C. § 3006A, the Office of the Federal Defender was appointed by the duty magistrate to represent the defendant, JAIRO ZAPIEN, on April 14, 2010. Counsel undersigned has represented Mr. Zapien since that time.

The defendant has received Notices of Forfeiture Proceedings from the U.S. Drug Enforcement Administration regarding a 2004 Ford Explorer with an estimated value of $6,500. This vehicle was seized on April 14, 2010 pursuant to a search warrant which was authorized based on the same affidavit which was used to provide probable cause for the criminal complaint in the above case. Mr. Zapien intends to contest the forfeiture on the ground that the he is the owner of the Ford which was not used for any drug activity. Defense counsel notes that the 80

page affidavit in support of the criminal complaint in instant case alleges that Jairo Zapien used a different vehicle to transport drugs.

18 U.S.C. §3006A(c) states that appointed counsel's representation should continue through every stage of the proceeding "including ancillary matters appropriate to the proceedings". 18 U.S.C. § 983(b)(1)(A) states:

> If a person with standing to contest the forfeiture of property in a judicial civil forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title [18 U.S.C. § 3006A] in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

19 U.S.C. §983(b).

Accordingly, the defendant respectfully asks this Court to authorize the Federal Defender Office to represent him in all civil forfeiture proceedings related to this case, specifically including DEA Administrative Case number R7-08-0041 asset ID number 10-DEA-531588.

Defendant is detained and only speaks Spanish, thus his ability to handle this civil matter *pro se* is limited. Responding to the civil case will require careful assessment of the potential impact on the much more serious criminal case. Defense counsel has substantial experience in civil litigation and with civil forfeiture and will be able to assist the defendant in this ancillary matter without any interference with the criminal case.

//
//
//
//
//

Request for Expanded Appointment        -2-

Dated:  June 23, 2010

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender


                                      /s/ DOUGLAS J. BEEVERS
                                      _____
                                      DOUGLAS J. BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      JAIRO ZAPIEN

**O R D E R**

    Pursuant to 18 U.S.C. § 3006A(c) and 18 U.S.C. §983(b)(1)(A), this Court approves the expansion of the order appointing counsel to represent JAIRO ZAPIEN to include representation in all civil forfeiture proceedings related to the pending criminal charges including DEA Administrative Case R7-08-0041 (asset ID:10-DEA-531588).

Dated: June 24, 2010

*[signature]*

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Request for Expanded Appointment      -3-