1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JAIRO ZAPIEN

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) No. 2:10-cr-00162 JAM
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER FOR U.S.
13      v.                         ) PROBATION TO PREPARE A PRE-PLEA
                                   ) PRESENTENCE REPORT
14 JAIRO ZAPIEN,                   )
                                   )
15              Defendants.        ) Judge: Hon. John A. Mendez
                                   )
16 _____ )

17      Defendant, JAIRO ZAPIEN, by and through his counsel, Assistant

18 Federal Defender DOUGLAS J. BEEVERS, and Plaintiff, United States of

19 America, by and through its counsel HEIKO COPPOLA, hereby stipulate and

20 agree to the following:

21      1. The parties re quest that the Court order U.S. Probation to

22 prepare a pre-plea pre-sentence report including a criminal record check

23 and a preliminary guideline calculation.

24      2. The Defendant agrees that all delay in the case resulting from

25 the pre-plea pre-sentence report process would be excluded for purposes

26 of speedy trial calculations as a T4 continuance.

27      3. The parties agree to provide copies of any criminal records

28 information to U.S. Probation to facilitate the preparation of the

report. The parties believe that they have already obtained certified copies of most of the significant criminal history documents needed for a guideline calculation.

4. The parties believe that this pre-plea pre-sentence report will facilitate a plea agreement, and will facilitate the preparation of a final pre-sentence report.

Dated: November 1, 2011                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ Douglas Beevers
                                           DOUGLAS BEEVERS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           JAIRO ZAPIEN

Dated: November 1, 2011
                                           BENJAMIN B. WAGNER
                                           UNITED STATES ATTORNEY

                                           /s/ Heiko Coppola
                                           HEIKO COPPOLA
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

**ORDER**

Based upon the stipulation of counsel set forth above, the Court adopts the stipulations.

**IT IS ORDERED.**

Dated: November 2, 2011

                                           /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE

Zapien Stip/Order                          -2-